NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SAMUEL LEE SMITH, JR.,**

*Plaintiff-Appellant*

**v.**

**STUART PERKINS, Miami-Dade Police Officer, MIAMI-DADE POLICE DEPARTMENT,**

*Defendants-Appellees*

---

2024-2175

---

Appeal from the United States District Court for the Southern District of Florida in No. 1:24-cv-21548-MD, Judge Melissa J. Damian.

---

**ON MOTION**

---

Before PROST, BRYSON, and HUGHES, *Circuit Judges.*

PER CURIAM.

**O R D E R**

Upon consideration of Samual Lee Smith, Jr.'s unopposed motion to transfer this civil rights case to the appropriate regional circuit, here the United States Court of Appeals for the Eleventh Circuit,

2                                                          SMITH v. PERKINS

IT IS ORDERED THAT:

The motion is granted to the extent that this appeal and all case filings are transferred to the United States Court of Appeals for the Eleventh Circuit pursuant to 28 U.S.C. § 1631.

FOR THE COURT

October 23, 2024
Date

Jarrett B. Perlow
Clerk of Court